IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02454-REB-MJW

STEVEN ANTHONY VALLES,

Plaintiff,

v.

B. CARNES, # 195,
W. KEAN,
MIKE MILLER, and
GERALDINE EARTHMAN,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that Defendant Geraldine Earthman's Motion to Stay (docket no. 35) is **GRANTED,** and discovery is **STAYED** as to **ALL PARTIES** for the following reasons.

     Plaintiff has failed to file any response to the subject motion, and this court deems the motion confessed.  In addition, this court finds that there is pending the Motion to Dismiss Pursuant to F.R.Civ.P 12(b) by Defendants Carnes, Kean and Miller (docket no. 27) and Defendant Earthman's Motion to Dismiss (docket no. 36) that is based upon the doctrine of qualified immunity.  That pursuant to Workman v. Jordan, 958 F.2d 332, 335 (10th Cir. 1992), *cert. denied,* 514 U.S. 1015 (1995), and Pet Milk Co. v. Ritter, 323 F.2d 586, 587 (10th Cir. 1963) (recognizing that the court has the inherent power to stay proceedings pending before it and to control its docket for the purpose of economy of time and effort for itself, counsel, and litigants), the subject motion should be granted.

Date:   March 7, 2011