# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-02454-REB–MJW

STEVEN ANTHONY VALLES,

    Plaintiff,

v.

B. CARNES, #195,
W. KEAN,
MIKE MILLER, and
G. EARTHMAN,

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

**Blackburn, J.**

This matter is before me on the plaintiff's **Objection to the Dismissal Order that is Dismissing Defendant David Arcady** [#13][1] filed December 22, 2010. The plaintiff objects to the court's order [#7] in which the court dismissed the plaintiff's claims against David Arcady.

I read the plaintiff's filing as a motion under FED. R. CIV. P. 60(b) for relief from the court's order [#7] dismissing the plaintiff's claims against David Arcady. Rule 60(b) requires a showing of exceptional circumstances warranting relief from a judgment or order. ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). A litigant shows exceptional circumstances by satisfying one or more of the grounds for relief enumerated in Rule 60(b). *Id*. at 1243-44. In his motion, the plaintiff does not satisfy

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

any of the grounds for relief enumerated in Rule 60(b).

Alternatively, the plaintiff's motion might be read as a motion to reconsider. The bases for granting reconsideration are extremely limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). Plaintiff does not establish any of these bases.

**THEREFORE, IT IS ORDERED** that the plaintiff's **Objection to the Dismissal Order that is Dismissing Defendant David Arcady** [#13] filed December 22, 2010, whether read as a motion under FED. R. CIV. P. 60(b) or as a motion to reconsider, is **DENIED**.

Dated August 11, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge